**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

JAIME C. WILKINS                                                                                            WILKINS

V.                                                              CIVIL ACTION NO. 1:12-CV-00147-SA-DAS

PLUMROSE USA, INC.                                                                                   DEFENDANTS

**ORDER ON SUMMARY JUDGMENT**

Pursuant to the Memorandum Opinion issued this day, Defendant's Motion for Summary Judgment [25] is GRANTED and Defendant's Motion to Strike [31] is DENIED. Plaintiff has failed to establish a prima facie case for any of the claims alleged. Accordingly, Plaintiff has failed to establish a genuine issue of material fact and Defendant is entitled to judgment as a matter of law.

SO ORDERED on this, the 1st day of October, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Sharion Aycock_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**